USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
*October 27, 2026*
Nathan Ochsner, Clerk of Court

HOUSTON DIVISION

No. **4:26-cr-699**

USAO Number: 2024R02853

Magistrate Number:

CRIMINAL INFORMATION

Filed

Judge: **Hanen**

UNITED STATES of AMERICA
vs.

YOLANDA JOHNSON

ATTORNEYS:

| | | Appt'd | Private |
|---|---|---|---|
| **AARON F. REITZ, USA** | **(713) 567-9000** | | |
| TINA ANSARI, AUSA | (713) 567-9000 | | |
| Gemayel Haynes / 832-268-8285 | | ☐ | ☑ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Conspiracy to Commit Wire Fraud [18 U.S.C. § 371]

PENALTY: Ct. 1: Up to 5 years imprisonment, 250,000 fine, not more than 3 years supervised release and a $100 special assessment.

NOTICE OF CRIMINAL FORFEITURE [28 U.S.C. Section 246l(c); 18 U.S.C. Section 98l(a)(l)(C)]

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: