UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO: |
| v. | § | **4:26-cr-699** |
| YOLANDA JOHNSON | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a CRIMINAL INFORMATION has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on November 9, 2026 at 10:00 am . Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

YOLANDA JOHNSON
c/o Gemayel Haynes
3204 Cline St. Unit B
Houston, TX 77020

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on October 28, 2026.

Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE