AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL
2026 OCT 28 PM 2:23
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
**for the**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:26-cr-00699-1 |
| | § | |
| Yolanda Johnson | § | |

C/o Gemayel Lochon Haynes Haynes Legal, PC 3204 Cline St. Unit B Houston, TX 77020

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation ☐ Pretrial Release Violation ☐ Supervised Release Violation ☐ Violation Notice ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location: Courtroom 700
Date and Time: 11/9/2026 at 10:00 AM

This offense is briefly described as follows:
**Ct. 1: Conspiracy to Commit Wire Fraud [18 U.S.C. § 371]**

United States Courts
Southern District of Texas
FILED
NOV 04 2026
Nathan Ochsner, Clerk of Court

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: October 28, 2026

George Kelner
*Issuing Officer's signature*
G. Kelner, Deputy Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons. ☐ Returned this summons unexecuted.

Date: 11/2/26

Jason Gillingham
*Server's signature*
Jason Gillingham DUSM
*Printed name and title*

## Gullingsrud, Jason (USMS)

**From:** Gemayel Haynes <gemayel.haynes@gmail.com>
**Sent:** Monday, November 2, 2026 11:36 AM
**To:** Gullingsrud, Jason (USMS)
**Subject:** [EXTERNAL] Re: Criminal Summons 26cr699 Yolanda Johnson

Email received. Thank you.

Sincerely,

Gemayel Haynes
Haynes Legal, PC
PO Box 9067
Houston, Tx 77261
Phone: 832.268.8285
Fax: 713.510.0806
gemayel@hayneslegalpc.com

On Mon, Nov 2, 2026 at 11:15 AM Gullingsrud, Jason (USMS) <Jason.Gullingsrud2@usdoj.gov> wrote:

Good afternoon,

Please reply to this email to acknowledge receipt of this summons for your client.

Thank you,

Jason Gullingsrud

Deputy U.S. Marshal

515 Rusk Ave, Rm 10002

Houston, TX 77002

Office- 713-718-4800